

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00129-CR

BRANDON LYNN POPE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. 0921400

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Brandon Lynn Pope appeals the trial court's decision to revoke his deferred adjudication community supervision, adjudge him guilty of aggravated sexual assault of a child, and sentence him to thirty-nine years' imprisonment. Pope has filed a single brief, in which he raises an issue identical to the one raised in his appeal of another adjudication proceeding in our companion cause number 06-16-00128-CR. Specifically, Pope argues that the trial court committed reversible error in admitting incriminating statements that he made to an examiner during a polygraph examination.

We addressed this issue in detail in our opinion of this date on Pope's appeal in cause number 06-16-000128-CR. For the reasons stated therein, we likewise affirm the trial court's judgment in this cause.


Bailey C. Moseley
Justice

Date Submitted:     December 30, 2016
Date Decided:       January 27, 2017

Do Not Publish

2